455 A.2d 200

Commonwealth v. Donohue, Appellant.

Submitted April 22, 1982.   John G. McDougall, for appellant;  Andrew S. Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed.